FORM 6 (ND/SD MISS. DEC. 2016)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

CEDARVIEW MART, LLC, indiv;   Plaintiff

v.                                                          CIVIL ACTION NO.   3:20-cv-00107

STATE AUTO PROPERTY AND   Defendant

### APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Erik D. Peterson

Firm Name: Mehr Fairbanks & Peterson Trial Lawyers, PLLC

Office Address: 201 West Short Street, Suite 800

City: Lexington   State: KY   Zip: 40507

Telephone: 859-225-3731   Fax: 859-225-3830

E-Mail: edp@austinmehr.com

(B) Client(s): CEDARVIEW MART, LLC

Address: 3490 Highway 305 North

City: Olive Branch   State: MS   Zip: 38654

Telephone:   Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)     I am admitted to practice in the:

☑     State of KY

☐     District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Kentucky Bar Association
514 West Main Street
Frankfort, KY 40601
502-564-3225
www.kybar.org

All other courts before which I have been admitted to practice:

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
| --- | --- |
| Kentucky Supreme Court | June 5, 2009 |
| Supreme Court of California | July 1, 2008 |
| US District Court, Eastern District of Kentucky | May 21, 2013 |
| United States Court of Appeals, 9th Circuit | March 30, 2010 |
| US District Court, Central District of California | November 19, 2008 |
| US District Court, Southern District of California | November 18, 2008 |
| US District Court, Northern District of California | November 24, 2008 |
| US District Court, Eastern District of California | November 17, 2008 |
| United States Court of Appeals, 6th Circuit | August 1, 2008 |
| US District Court, Western District of Kentucky | April 15, 2013 |
| | all through present |

(D) Have you been denied admission pro hac vice in this state? Yes ☐ No ☑

Have you had admission pro hac vice revoked in this state? Yes ☐ No ☑

Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? Yes ☐ No ☑

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

(E) Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? Yes ☐ No ☑

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

(F) Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders?

Yes ◯ No ⦿

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| USDC Southern District MS 3:19-cv-728 - Ferguson, et al. v. American Family Home Insurance Company | 11/1/2019 | Admitted 11/12/19 |
| USDC Northern District MS 4:19-cv-153 Huey v. Allstate Vehicle and Property Ins. Co. | 11/1/19 | Admitted 11/4/19 |
| USDC Northern District MS 1:19-cv-00222 Shields v. Metropolitan Property and Casualty Ins Co | 1/3/2020 | Admitted 1/7/2020 |
| USDC Northern District MS 3:20-cv-106 Buchanan v. American Strategic Ins Corp. | 4/8/2020 | Pending |

FORM 6 (ND/SD MISS. DEC. 2016)

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| United States District Court Southern District MS | 3:19-cv-728<br>Tommie Ferguson, et al. v. American Family Home Insurance Company |
| United States District Court Northern District MS | 4:19-cv-153<br>Filissa Huey v. Allstate Vehicle and Property Ins. Co. |
| United States District Court Northern District MS | 1:19-cv-00222 Shields v. Metropolitan Property and Casualty Ins Co |
| United States District Court Northern District MS | 3:20-cv-106 Buchanan v. American Strategic Ins Corp. |

(I) Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?  **Yes**

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?  **Yes**

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   J. Brandon McWherter - 105244

Firm Name:   Gilbert McWherter Scott Bobbit PLC

Office Address:   341 Cool Springs Blvd, Suite 230

City: Franklin    State: TN    Zip: 37067

Telephone: 615-354-1144    Fax:

Email address: brandon@msb.law

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)     The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

s/ J. Brandon McWherter
_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

04/09/2020                                   *Erik Peterson / slh*
_____                                                                
Date                                              Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the ___9th___ day of ___April___, 2020.

s/ J. Brandon McWherter
_____
Resident Attorney
