**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**CEDARVIEW MART, LLC**, individually
and on behalf of all others similarly situated,

       Plaintiff,

                                                       Case No. 3:20-CV-00107-NBB-RP

   v.

**STATE AUTO PROPERTY AND**
**CASUALTY COMPANY,**

       Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR A SERVICE AWARD TO CLASS REPRESENTATIVE AND AWARDS OF ATTORNEYS' FEES, COSTS, AND LITIGATION EXPENSES TO CLASS COUNSEL**

---

Pursuant to Rule 23(e) and (h) and Rule 54(d)(2) of the Federal Rules of Civil Procedure and the Parties' Settlement Agreement, Named Plaintiff and Class Representative Cedarview Mart, LLC ("Plaintiff"), on behalf of itself and the proposed Settlement Class, respectfully moves the Court in the above-captioned action for an Order granting Plaintiff's Motion for a Service Award to Class Representative and Awards of Attorneys' Fees, Costs, and Litigation Expenses to Class Counsel. Specifically, Plaintiff respectfully moves the Court for the following awards:

    1.    Attorneys' fees, costs, and litigation expenses to Class Counsel in the amount of $1,129,722 (or approximately 22% of the estimated total benefit made available as a result of the settlement without any reduction in the payments to be made to Class Members); and

    2.    A service award to Named Plaintiff and Class Representative Cedarview Mart, LLC in the amount of $7,500 for its service to the Settlement Class.

Pursuant to the Parties' Class Action Stipulation of Settlement Agreement, Defendant State Auto Property and Casualty Company has agreed to pay the aforementioned service award, attorneys' fees, costs, and litigation expenses *in addition to* the relief made available to the Class, and none of the payments will reduce or otherwise impact the amount to be paid to the Class.

This Motion is based upon the parties' Settlement Agreement and supporting documents, and the entire files and proceedings herein. This Motion is unopposed.

For the reasons set forth in the accompanying Memorandum of Law and accompanying Declarations of Class Counsel, Plaintiff respectfully requests that the Court grant this Motion.

Dated: October 17, 2022

Respectfully submitted,

ERIK PETERSON LAW OFFICES, PSC

*/s/Erik D. Peterson*
Erik D. Peterson (*pro hac vice*)
249 E. Main St., Suite 150
Lexington, KY 40507
Tel: (800) 614-1957
erik@eplo.law

J. Brandon McWherter (MS Bar #105244)
MCWHERTER SCOTT BOBBITT, PLC
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
Tel: (615) 354-1144
Fax: (731) 664-1540
brandon@msb.law

T. Joseph Snodgrass (*pro hac vice*)
SNODGRASS LAW LLC
Fifth Street Towers
100 South Fifth Street, Suite 800
Minneapolis, MN 55402
Tel: (612) 448-2600
jsnodgrass@snodgrass-law.com

*Class Counsel*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 17, 2022, I electronically filed the foregoing with the Clerk of the Court using the Court's Case Management Electronic Case Files (CM/ECF) system, which served a copy to all counsel of record.

/s/Erik D. Peterson